AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coogler, Lawrence S. | Northern District of Alabama | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Tuscaloosa Federal Building
2005 University Blvd.
Tuscaloosa, AL 35401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Alabama - School of Law, Salary for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Mitzi H. Coogler, CPA, Income from accounting practice. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coogler, Lawrence S.** | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jose R. Rivas | Glock 9 mm Pistol | $625.00 |
| 2. | Jose R. Rivas | Fishing Accomodations in Alaska | $2,500.00 |
| 3. | Larry Morris | Quail and Pheasant Hunting at Lodge | $1,500.00 |
| 4. | Larry Morris | Alabama Football tickets | $600.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BBVA Compass Bank | Real Estate Mortgage (Greystone) | M |
| 2. | Renasant Mortgage | Real Estate Mortgage (H. Drive) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coogler, Lawrence S.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property No. 2, Tuscaloosa, AL (____) HH | D | Rent | M | W | | | | | |
| 2. Rental Property No. 3, Tuscaloosa, AL (____) Cap | D | Rent | M | W | | | | | |
| 3. Coogler & Copeland, Jnt. Vnt. (33 ave Tuscaloosa,AL) 50% Int | D | Rent | L | W | | | | | |
| 4. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 5. Checking Account #2 Bank of Tuscaloosa | | None | K | T | | | | | |
| 6. Savings Account - Compass Bank (LSC - MC) | A | Interest | J | T | | | | | |
| 7. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | J | T | | | | | |
| 8. TD Waterhouse Bank Money Market Account (____) | A | Interest | J | T | | | | | |
| 9. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 10. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 11. Prepaid College Tuition Plan, State of Alabama (HCC) | | None | J | W | | | | | |
| 12. Prepaid College Tuition Plan, State of Alabama (ADC) | D | Distribution | J | W | | | | | |
| 13. Money Market Account #4, Bank of Tuscaloosa (HCC) | A | Interest | J | T | | | | | |
| 14. Money Market Account #5, Bank of Tuscaloosa (ADC) | A | Interest | K | T | | | | | |
| 15. Retirement Systems - State of Alabama | C | Interest | L | T | | | | | |
| 16. Rental Property No. 4 -Tuscaloosa, AL (CC) | D | Rent | M | W | | | | | |
| 17. Checking Account Compass Bank (ADC) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coogler, Lawrence S.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Rental Property No. 5 (C. Creek) - Tuscaloosa, AL | D | Rent | M | W | | | | | |
| 19. | Checking Account Compass Bank (HCC) | | None | J | T | | | | | |
| 20. | Rental Property No.6 (Greystone) Northport, AL | D | Rent | M | W | | | | | |
| 21. | Business Checking Account - SmartBank (prev Capstone Bank) (Mitzi CPA) | | None | J | T | | | | | |
| 22. | Business Savings Account-SmartBank (prev Capstone Bank) (Mitzi CPA) | A | Interest | L | T | | | | | |
| 23. | Rental Property No. 7 (Greystone #2) Northport, AL | D | Rent | M | W | | | | | |
| 24. | Rental Property No 8 ( H. Drive No. 2) Tuscaloosa, AL | C | Rent | M | W | Buy | 08/10/18 | M | | Margaret Walker Raburn |
| 25. | Rental Property No 9 (Vestavia No. 3) Northport, AL | | None | M | W | Buy | 09/28/18 | M | | Robby A. Miller |
| 26. | Stifel Money Market (LSC-MHC) | A | Interest | K | T | | | | | |
| 27. | Stifel Money Market (HCC) | A | Interest | J | T | | | | | |
| 28. | Ishares Core Growth Allocation ETF (HCC) | A | Dividend | J | T | | | | | |
| 29. | Stifel Money Market (ADC) | A | Interest | J | T | | | | | |
| 30. | Ishares Core Growth Allocation ETF (ADC) | A | Dividend | J | T | | | | | |
| 31. | Checking Account - Conpass Bank (ADC Rental) | | None | J | T | | | | | |
| 32. | Pioneer Bond Fund C (MC) | A | Dividend | K | T | Buy | 10/12/18 | J | | |
| 33. | Pioneer Bond Fund C (MC) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 34. | Pioneer Classic Balanced Fund C (MC) | A | Dividend | K | T | Buy | 10/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coogler, Lawrence S.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pioneer Classic Balanced Fund C (MC) | | | | | Buy (add'l) | 11/29/18 | J | | |
| 36. Pioneer Classic Balanced Fund C (MC) | | | | | Buy (add'l) | 11/29/18 | J | | |
| 37. Pioneer Classic Balanced Fund C (MC) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 38. Pioneer Equity Income Fund C (MC) | B | Dividend | K | T | Buy | 10/12/18 | J | | |
| 39. Pioneer Equity Income Fund C (MC) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 40. Pioneer Fundamental Growth Fund C (MC) | B | Dividend | K | T | Buy | 10/12/18 | J | | |
| 41. Pioneer Fundamental Growth Fund C (MC) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 42. Pioneer Real Estate Shares C (MC) | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 43. Pioneer Real Estate Shares C (MC) | | | | | Buy (add'l) | 11/29/18 | J | | |
| 44. Pioneer Real Estate Shares C (MC) | | | | | Buy (add'l) | 11/29/18 | J | | |
| 45. Pioneer Real Estate Shares C (MC) | | | | | Buy (add'l) | 11/29/18 | J | | |
| 46. Pioneer Real Estate Shares C (MC) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 47. Pioneer Strategic Income Fund C (MC) | A | Dividend | K | T | Buy | 10/12/18 | J | | |
| 48. Pioneer Strategic Income Fund C (MC) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 49. STIFEL BANK PROGRAM FDC INS BK DEP PG (MC) | A | Interest | J | T | | | | | |
| 50. IS SHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (MC) | A | Dividend | J | T | | | | | |
| 51. ISHARES MBS ETF (MC) | A | Dividend | K | T | Sold (part) | 12/18/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD INTERMEDIATE TERM BOND ETF (MC) | A | Dividend | K | T | | | | | |
| 53. SECTOR MATERIALS SELECT SECTOR SPDR ETF (MC) | A | Dividend | | | Sold | 12/18/18 | J | | |
| 54. SECTOR HEALTHCARE SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 55. SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 56. CONSUMER DISCRETIONARY SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 57. SECTOR ENERGY SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 58. SECTOR INDUSTRIAL SELECT SECTOR SPDR ETF (MC) | B | Dividend | L | T | | | | | |
| 59. SELECT UTILITIES SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 60. VANGUARD VALUE ETF (MC) | B | Dividend | L | T | Buy | 01/08/18 | J | | |
| 61. VANGUARD GROWTH ETF (MC) | A | Dividend | K | T | | | | | |
| 62. ISHARES GOLD TRUST (MC) | | | | | Sold | 01/08/18 | J | | |
| 63. VANGUARD FINANCIALS ETF (MC) | B | Dividend | K | T | | | | | |
| 64. VANGUARD INFORMATION (MC) TECHNOLOGY ETF | A | Dividend | L | T | | | | | |
| 65. VANGUARD COMMUNICATION SERVICES ETF (prev TELECOM SERVICES ETF) (MC) | A | Dividend | J | T | | | | | |
| 66. VICTORY SHARES US EQ INCOME ENH VOLATILITY WTD ETF (MC) | A | Dividend | J | T | | | | | |
| 67. VICTORY SHARES US LARGE CAP HIGH DIV VOLATILITY (MC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coogler, Lawrence S.** | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. VICTORY SHARES US 500 ENHANCED (MC) | A | Dividend | K | T | | | | | |
| 69. FIRST TRUST EXCHANGE TRADED FUND VI RISING DIV ACHIEVERS ETF (MC) | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 70. VANGUARD INTERMEDIATE TERM CORP BOND ETF (LSC) | A | Dividend | J | T | | | | | |
| 71. VANGUARD FTSE DEVEL MKTS ETF (LSC) | A | Dividend | J | T | Sold (part) | 12/18/18 | J | | |
| 72. VANGUARD FTSE EMERG MKTS ETF (LSC) | A | Dividend | J | T | | | | | |
| 73. VANGUARD GROWTH ETF (LSC) | A | Dividend | K | T | Buy | 12/18/18 | J | | |
| 74. VANGUARD VALUE ETF (LSC) | A | Dividend | K | T | Buy | 12/18/18 | J | | |
| 75. VANGUARD SMALL CAP ETF (LSC) | A | Dividend | J | T | | | | | |
| 76. VANGUARD MID CAP ETF (LSC) | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 77. STIFEL BANK PROGRAM FDIC INS BK DEP PG (LSC) | A | Interest | J | T | | | | | |
| 78. VANGUARD INTERMEDIATE TERM BOND ETF (LSC) | A | Dividend | J | T | Sold (part) | 12/18/18 | J | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note:

The prepaid tuition plans are state plans that I have no control over.  They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes.  The values for these assets are stated at my ownership percentage.

The retirement account listed on line 16 in Part VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became availale to me.  I have chosen to leave those funds with the State of Alabama Retirement Systems to draw interest on those funds.  Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

The amounts listed in Part V as gifts are estimated becuase the person providing them is a friend who would not disclose the value of such gifts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence S. Coogler**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544